UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AMELIA MARITIME GROUP LTD.,                :
                                                                       :
                Petitioner,                            :
                                                                       :    22 CV 10269 (JSR)
      v.                                                      :
                                                                       :
INTEGR8 FUELS INC.,                                  :
                                                                       :
                Respondent.                         :
-----------------------------------------------------X

### RESPONDENT'S RESPONSE TO ORDER TO SHOW CAUSE

Respondent, Integr8 Fuels Inc. ("Integr8"), by and through its undersigned counsel, hereby submits this response to the Court's Order to Show Cause dated December 5, 2022, Doc. # 10, and represents that on December 8, 2022, Integr8 withdrew its demand for arbitration against the Petitioner. A copy of Integr8's withdrawal of the arbitration demand against the Petitioner is annexed hereto as Exhibit 1, a copy of which was simultaneously sent to Petitioner's counsel.

On the basis of the withdrawal of its demand for arbitration against Petitioner, Integr8 respectfully requests that the Court deny Petitioner's application for a preliminary and permanent injunction as moot. "A case becomes moot—and therefore no longer a 'Case' or 'Controversy' for purposes of Article III—when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91, 133 S. Ct. 721, 184 L. Ed. 2d 553 (2013) (internal citation omitted). "The hallmark of a moot case or controversy is that the relief sought can no longer be given or is no longer needed." *Martin-Trigona v. Shiff*, 702 F.2d 380, 386 (2d Cir. 1983).

As Integr8 has withdrawn its demand for arbitration against Petitioner, the issues presented by Petitioner's application for injunctive relief are no longer "live." Accordingly, Integr8

respectfully requests that the Court deny as moot Petitioner's application for preliminary and permanent injunctive relief.

December 9, 2022

                                                        Respectfully submitted,

                                                        The Respondent,
                                                        INTEGR8 FUELS INC.

                                         By: /s/ *Patrick F. Lennon*
                                                        Patrick F. Lennon
                                                        LENNON, MURPHY & PHILLIPS, LLC
                                                        The GrayBar Building
                                                        420 Lexington Ave., Suite 300
                                                        New York, NY 10170

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record, in accordance with the Federal Rules of Civil Procedure, via ECF on this 9th day of December 2022.

                                                          /s/ *Patrick F. Lennon*
                                                         Patrick F. Lennon