UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Amelia Maritime Group Ltd., | |
|---|---|
| Plaintiff, | 22-cv-10269 (JSR) |
| -v- | ORDER |
| Integr8 Fuels, Inc., | |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

For the reasons stated from the bench at the hearing on March 16, 2023, this case is hereby dismissed. The Clerk is directed to close the case.

SO ORDERED.

New York, NY
March 31, 2023

_____
JED S. RAKOFF, U.S.D.J.