UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA MARITIME GROUP LTD., <br><br> Petitioner, <br><br> v. <br><br> INTEGR8 FUELS INC., <br><br> Respondent. | Civ. No. 22 CV 10269 (JSR) |

## ORDER RELEASINGFUNDS FROM REGISTRY OF COURT

**WHEREAS,** by Petition dated December 5, 2022, Amelia Maritime Group Ltd. ("Amelia") commenced the captioned action seeking injunctive relief, declaratory judgment, and damages ("Petition") against Integr8. ("Integr8"); and

**WHEREAS,** the Court issued an Order to Show Cause on December 5, 2022, ordering that the arbitration proceeding be stayed pending a hearing and decision on Petitioner's application for a preliminary injunction staying said arbitration until a final decision on Petitioner's application for a Declaratory Judgment that it is not obligated to arbitrate with Respondent and permanently enjoining such arbitration; and

**WHEREAS,** the Order to Show Cause further required Petitioner to post a bond of $5,000; and

**WHEREAS,** pursuant to the Order to Show Cause, on December 8, 2022, Petitioner deposited $5,000 (the "Funds") with the Court's registry; and

**WHEREAS,** the Funds were deposited with the Registry of the Court on December 7, 2022;

**NOW ON MOTION OF BLANK ROME** as counsel for Amelia Maritime Group Ltd., it is hereby:

166452.06501/131578217v.1

**ORDERED** that the Clerk of the Court is directed to release the Funds plus accrued interest, if any, less any fees due to the Clerk by issuing a check payable to the order of "Blank Rome LLP, As Attorneys for Petitioner Amelia Maritime Group Ltd." and deliver the same to counsel for the same, Blank Rome LLP.

_____<br>
JED S. RAKOFF, U.S.D.C.J.

Dated: 6/7/23
New York, NY